[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10320
Non-Argument Calendar
_____

D.C. Docket No. 8:89-cr-00004-EAK-4


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


versus


PRESTON LAMAR WILLIAMS,
a.k.a. Cowboy,
a.k.a. Preston Lee,
a.k.a. Space Cowboy,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 25, 2013)

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Megan Saillant, appointed counsel for Preston Lamar Williams, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and denial of Williams's 18 U.S.C. § 3582 motion is **AFFIRMED.**